IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-00633-MSK

ERIN SANDERS,

    Plaintiff,

v.

TOWNE PARK, LLC;
W2007 MVP DENVER, LLC;
SHERATON OPERATING CORPORATION;
THE SHERATON, LLC; and
ZACHARY TAUBE,

    Defendants.

## ORDER REMANDING CASE

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff commenced this action in the District Court for the City and County of Denver. The Plaintiff asserts seven claims under Colorado state law. Four Defendants—Town Park, LLC; W2007 MVP Denver, LLC; Sheraton Operating Corporation; and The Sheraton, LLC—filed a notice of removal asserting jurisdiction pursuant to 28 U.S.C. § 1332.

When a matter is removed from state to federal court, there is a presumption against the existence of federal jurisdiction. *Merida Delgado v. Gonzales*, 428 F.3d 916, 919 (10th Cir. 2005). Thus, the burden is on the party invoking federal jurisdiction to show by a preponderance of the evidence that the necessary factual basis for the exercise of federal subject-matter jurisdiction is present. *Lindstrom v. United States*, 510 F.3d 1191, 1193 (10th Cir. 2007).

Here, the Notice of Removal asserts that complete diversity exists between the parties. The Plaintiff is a citizen of Colorado. The Notice of Removal states, as to the Defendants that: (1) "Towne Park is incorporated in Maryland with its principal place of business in the State of Maryland"; (2) "W2007 is incorporated in Delaware with its principal place of business in the State of New Jersey"; and (3) "the Sheraton Entities are incorporated in Delaware with their principal place of business in the State of Connecticut."

This is insufficient to demonstrate diversity, however. Defendants Towne Park, W2007, and the Sheraton LLC are all limited liability companies. A limited liability company is a citizen of all of the states in which its members are citizens. *Siloam Springs Hotel, LLC v. Century Surety Company*, No. 14-6119, 2015 WL 1430335, at *4 (10th Cir. March 31, 2015); *see also Hale v. MasterSoft Int'l Pty. Ltd.*, 93 F. Supp. 2d 1108, 1112 (D. Colo. 2000). The Notice of Removal is silent as to the identity and the citizenship of the members of these limited liability companies. Thus, the Notice of Removal does not establish the required complete diversity of citizenship necessary for this Court to exercise jurisdiction pursuant to 28 U.S.C. § 1332.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1447(c) this action is **REMANDED** to the District Court for the City and County of Denver from which it was removed.

Dated this 9th day of April, 2015.

**BY THE COURT:**

_____

Marcia S. Krieger
Chief United States District Judge